**Demitrius McGEE, Plaintiff–Appellant,**

v.

**CHAMBERLIN, M.D.; et al., Defendants–Appellees.**

No. 14–56173.

United States Court of Appeals, Ninth Circuit.

Submitted April 7, 2015.*

Filed April 16, 2015.

Demitrius McGee, San Quentin, CA, pro se.

Before: FISHER, TALLMAN, and NGUYEN, Circuit Judges.

MEMORANDUM **

California state prisoner Demitrius McGee appeals pro se from the district court's judgment dismissing his action alleging Eighth Amendment violations in connection with his medical treatment. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal of an action as barred by the applicable statute of limitations, *Ellis v. City of San Diego,* 176 F.3d 1183, 1188 (9th Cir.1999), and we affirm.

The district court dismissed McGee's claims as untimely, and he has failed to make a showing that his claims were not time-barred or entitled to any tolling beyond that afforded by the district court. *See* Cal.Civ.Proc.Code §§ 335.1, 352.1(a) (two-year statute of limitations for personal injury claims; two-year tolling period due to incarceration). Contrary to McGee's contention, the record shows that he had adequate notice of the grounds upon which his claims were dismissed.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.